AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Casper, Denise J. | 2. Court or Organization<br><br>U.S. District Court for District of MA | 3. Date of Report<br><br>05/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Honorary Trustee | Big Sister Association of Greater Boston, Inc. |
| 3. | Director | The Steppingstone Foundation |
| 4. | Trustee | The Park School |
| 5. | Fund Advisor | Donor Advised Fund #1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Casper, Denise J.** | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank of America Accounts | B | Interest | P1 | T | | | | | |
| 2. | Thermo Fisher Scientific Common Stock (TMO). See Notes. | D | Dividend | P1 | T | Sold (part) | 01/29/15 | P2 | | |
| 3. | | | | | | Sold (part) | 01/30/15 | O | | |
| 4. | | | | | | Sold (part) | 02/02/15 | P1 | | |
| 5. | | | | | | Sold (part) | 05/21/15 | P1 | G | |
| 6. | | | | | | Sold (part) | 09/18/15 | K | E | |
| 7. | | | | | | Donated (part) | | | | |
| 8. | Thermo Fisher Scientific Stock Options. See Notes. | | None | P3 | T | | 01/29/15 | P2 | H1 | |
| 9. | | | | | | | 01/30/15 | O | G | |
| 10. | | | | | | | 02/02/15 | P1 | G | |
| 11. | Thermo Fisher Scientific Restricted Stock Units. See Notes. | | None | P1 | T | | 02/15/15 | P1 | H1 | |
| 12. | Charles Schwab Money Market Accounts (SWGXX) | | None | P1 | T | | | | | |
| 13. | Vanguard Short Term Bond ETF (Y) | | | | | | | | | |
| 14. | Bain Capital Fund VIII Limited Partnership | F | Distribution | L | W | | | | | |
| 15. | Bain Capital VI Limited Partnership (Y) | | | | | | | | | |
| 16. | Bain Capital VII Limited Partnership | | None | K | W | | | | | |
| 17. | Bain Capital VI Limited Partnership (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bain Venture Fund 2001 Limited Partnership | | None | J | W | | | | | |
| 19. Water Street Healthcare Partners limited partnership | D | Distribution | N | W | | | | | |
| 20. Water Street Healthcare Partners II limited partnership | D | Distribution | M | W | | | | | |
| 21. TPG FOF VI-QP, LP | F | Distribution | M | W | | | | | |
| 22. TPG FOF V-QP-AIV | E | Distribution | L | W | | | | | |
| 23. Special Opportunities Fund III limited partnership | E | Distribution | M | W | | | | | |
| 24. Special Opportunities Fund IV limited partnership | E | Distribution | M | W | | | | | |
| 25. Charlesbank Equity Coinvestment Fund VII, LP | F | Distribution | L | W | | | | | |
| 26. Zimmer Holdings Phantom Stock Units | A | Dividend | | | Donated | | | | |
| 27. Zimmer Holdings Restricted Stock Units | A | Dividend | | | Donated | | | | |
| 28. | | | | | | | | | |
| 29. Trust #1 assets listed with -- below (Y) | | | | | | | | | |
| 30. --GS Investment Grade Credit Fund A | A | Dividend | | | Sold | 06/24/15 | K | | |
| 31. --GS Short Duration T/F Mutual Fund Class A | A | Dividend | | | Sold | 06/24/15 | M | | |
| 32. --Standard and Poors 500 Depository Receipts Mutual Fund | A | Dividend | | | Sold | 06/24/15 | K | | |
| 33. --GS Emerging Markets Equity Fund GEMIX | A | Dividend | | | Sold | 06/24/15 | K | | |
| 34. --Euro Stoxx 50 FD ETF | A | Dividend | | | Sold | 06/24/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --GS Financial Sq. Federal Funds Mutual Fund | A | Interest | | | Closed | 06/24/15 | N | | |
| 36. --Amicus Therapeutics (FOLD) | | | | | Sold | 06/24/15 | N | G | |
| 37. --Endocyte, Inc. (ECYT) | | | | | Sold | 06/24/15 | J | | |
| 38. | | | | | | | | | |
| 39. Vanguard ST Bond ETF (BSV) (Y) | | | | | | | | | |
| 40. SPDR S&P Bank ETF (KBE) (Y) | | | | | | | | | |
| 41. U.S. Savings Bonds | A | Interest | K | W | | | | | |
| 42. | | | | | | | | | |
| 43. Trust #2 assets listed with -- below | | | | | | | | | |
| 44. --Schwab Gov't Money Fund: SWGXX | | | L | T | | | | | |
| 45. | | | | | | | | | |
| 46. Barclays Bank IPATH ETN (DJP) (Y) | | | | | | | | | |
| 47. Ishares Tr MSCI EAFE (EFA) (Y) | | | | | | | | | |
| 48. Touchstone Sands Capital Instl Growth FD (CISGX) | A | Dividend | O | T | Buy (add'l) | 02/18/15 | M | | |
| 49. | | | | | Buy (add'l) | 06/05/15 | M | | |
| 50. | | | | | Sold (part) | 10/13/15 | L | A | |
| 51. Altair Smaller Companies Fd Inst: (ASCSZ) | | None | O | T | Buy (add'l) | 02/18/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/08/15 | L | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. Good Harbor Tactical Core US (GHUIX) | | None | | | Sold | 02/18/15 | O | A | |
| 56. AMG GW&K Muni BD FD Inst (GWMIX) | D | Dividend | P1 | T | Buy (add'l) | 02/18/15 | N | | |
| 57. | | | | | Buy (add'l) | 06/05/15 | N | | |
| 58. Templeton Global Bond Fund ADV CL (TGBAX) | D | Dividend | O | T | Buy (add'l) | 02/18/15 | K | | |
| 59. | | | | | Buy (add'l) | 06/05/15 | N | | |
| 60. | | | | | Sold (part) | 10/13/15 | N | A | |
| 61. | | | | | Sold (part) | 10/13/15 | N | A | |
| 62. | | | | | Buy (add'l) | 12/22/15 | O | | |
| 63. Van Eck Cm Commodity Index Fd 1 (COMIX) | | None | M | T | Buy (add'l) | 11/25/15 | N | | |
| 64. Manning & Napier World Oppty A (EXWAX) | A | Dividend | P1 | T | Buy (add'l) | 01/07/15 | P1 | | |
| 65. | | | | | Buy (add'l) | 02/18/15 | N | | |
| 66. | | | | | Buy (add'l) | 06/05/15 | N | | |
| 67. | | | | | Sold (part) | 10/13/15 | P1 | A | |
| 68. | | | | | Buy (add'l) | 12/15/15 | P1 | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/16/15 | M | | |
| 70. Driehaus Emerging Mrkts Growth Fund (DREGX) | | None | N | T | Buy (add'l) | 02/18/15 | K | | |
| 71. | | | | | Buy (add'l) | 06/05/15 | K | | |
| 72. Vanguard Total Bond Mkt Index Admiral Shr (VBTLX) | | None | | | Sold (part) | 10/14/15 | M | B | |
| 73. | | | | | Sold | 10/14/15 | N | B | |
| 74. Vanguard Glbl Ex US Real Estate Index Admiral (VGRLX) | C | Dividend | O | T | Buy (add'l) | 02/18/15 | L | | |
| 75. | | | | | Buy (add'l) | 06/05/15 | M | | |
| 76. Oakmark Select Fund (OAKLX) | B | Dividend | O | T | Buy (add'l) | 2/18/15 | M | | |
| 77. | | | | | Buy (add'l) | 06/05/15 | M | | |
| 78. | | | | | Sold (part) | 10/13/15 | L | A | |
| 79. Vanguard REIT Index Admiral Share (VGSLX) | C | Dividend | O | T | Buy (add'l) | 02/18/15 | L | | |
| 80. | | | | | Buy (add'l) | 06/05/15 | M | | |
| 81. FPA Crescent Fund Inst Cl Shares (FPC1Z) | D | Dividend | O | T | Buy (add'l) | 02/18/15 | M | | |
| 82. | | | | | Buy (add'l) | 06/08/15 | M | | |
| 83. Aurora Horizons Y (AHFYX) | E | Dividend | P1 | T | Buy (add'l) | 02/18/15 | N | | |
| 84. | | | | | Buy (add'l) | 06/05/15 | M | | |
| 85. Pimco Global Multi Asset Cl Inst (PGAIX) | | None | O | T | Buy (add'l) | 02/18/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/08/15 | M | | |
| 87. United St Commodity ETF Index Fund (USCI) | | None | M | T | Buy | 02/18/15 | M | | |
| 88. | | | | | | | | | |
| 89. United St Commodity ETF Index Fund (USCI) | | None | K | T | | | | | |
| 90. Charles Schwab Money Market Account | | None | J | T | | | | | |
| 91. Vanguard Total Bond Mkt Index Admiral Shr (VBTLX) | D | Dividend | | | Sold | 10/14/15 | O | B | |
| 92. Doubleline Core Fixed Income Fund (DBLFX) | C | Dividend | O | T | Buy | 10/15/15 | O | | |
| 93. United St Commodity ETF Index Fund (USCI) | | None | M | T | | | | | |
| 94. Van Eck Cm Commodity Index Fd 1 (COMIX) | | None | | | Buy (add'l) | 01/07/15 | M | | |
| 95. | | | | | Buy (add'l) | 02/18/15 | L | | |
| 96. | | | | | Sold | 10/13/15 | N | A | |
| 97. Matisse Discounted Closed End Fd Strategy (MDCEX) | E | Dividend | N | T | Buy | 02/18/15 | N | | |
| 98. | | | | | Buy (add'l) | 06/05/15 | M | | |
| 99. Boston Partners Long Short EQ Inst (BPLSX) | | None | N | T | Buy | 10/13/15 | N | | |
| 100. Templeton Global Total Return ADV (TTRZX) | E | Dividend | | | Buy | 10/15/15 | O | | |
| 101. | | | | | Sold | 12/21/15 | O | A | |
| 102. Credit Suisse Commodity Return Strat Inst (CRSOX) | | None | | | Buy | 10/15/15 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/24/15 | N | A | |
| 104. Vanguard Developed Mkts Index Adm (VTMGX) | | None | | | Buy | 10/14/15 | P1 | | |
| 105. | | | | | Sold | 12/15/15 | P1 | A | |
| 106. Doubleline Core Fixed Incm FD CL 1 (DBLFX) | C | Dividend | N | T | Buy | 10/15/15 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Lines 8-10: Thermo Fisher Scientific Stock Option transactions listed in lines 8-10 are exercise of stock options. ThermoFisher Scientific Common Stock (TMO) received upon exercise was sold and is listed in lines 2-4.

Line 11:Vesting of Thermo Fisher Scientific Restricted Stock Units.

Lines 13, 39, 40: Items described in these lines became nonreportable in 2013.

Lines 36, 37: On prior reports these assets were inadvertently reported as owned directly by the reporting individual; they were actually owned by Trust #1.

Lines 46, 47: Items described in these lines were sold in full on 12/31/14; a gross value was shown at end of 2014 reporting period because transactions settled in 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Denise J. Casper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544